# United States Court of Appeals
## For the First Circuit

No. 16-2255

IN RE: DANIEL E. CARPENTER,

Petitioner.

Before

Howard, <u>Chief Judge</u>,
Torruella and Thompson, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: November 14, 2016

    Petitioner Daniel E. Carpenter has filed a petition for writ of mandamus. Having reviewed the petition and relevant portions of the record, we conclude that the extraordinary remedy of mandamus relief is not in order. See <u>In re Justices of Superior Court Dep't of Massachusetts Trial Court</u>, 218 F.3d 11, 15 (1st Cir. 2000) (general mandamus principles). The petition is **DENIED**.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:
Daniel Carpenter
Mark Balthazard
Dina Chaitowitz
Christopher Donato
Kelly Lawrence
Jonathan Mitchell
Mary Murrane
Michael Pineault