# United States Court of Appeals
## For the First Circuit

No. 16-2255

IN RE: DANIEL E. CARPENTER,

Petitioner.

Before

Howard, <u>Chief Judge</u>,
Torruella, Lynch, Thompson,
Kayatta and Barron[*], <u>Circuit Judges</u>.

**ORDER OF COURT**

Entered: January 4, 2017

    Pursuant to First Circuit Internal Operating Procedure X(C), the petition for rehearing en banc has also been treated as a petition for rehearing before the original panel.  The petition for rehearing having been denied by the panel of judges who decided the case and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and petition for rehearing en banc be denied.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:
Daniel E. Carpenter
Mary Beth Murrane
Kelly Begg Lawrence
Dina Michael Chaitowitz
Mark J. Balthazard
Michael J. Pineault
Jonathan F. Mitchell
Christopher Richard Donato

---

[*] Judge Barron is recused from this matter and did not participate in its determination.